UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| SADAR ABDULLAH, | 2:10-CV-00511-PMP-GWF |
| Plaintiff, | |
| vs. | **ORDER** |
| CITY OF LAS VEGAS, a political subdivision, and municipality including its department, LAS VEGAS METROPOLITAN POLICE DEPARTMENT, | |
| Defendants. | |

Before the Court for consideration is Defendant Las Vegas Metropolitan Police Department's fully briefed Motion for Summary Judgment (Doc. #24) filed March 8, 2011. For the reasons set forth below the Court finds that Defendant's motion must be granted.

Specifically, the Court finds that Plaintiff's First and Second Causes of Action against Defendant Las Vegas Metropolitan Police Department must fail because the facts alleged, and the evidence adduced, to support Plaintiff's First and Second Causes of Action are essentially identical to the facts giving rise to Plaintiff's Third Cause of Action for relief under 42 U.S.C. § 1983. <u>Armendariz v. Penman</u>, 75 F. 3d 1311 (9th Cir. 1995). Additionally, the Court finds Defendant LVMPD is entitled to discretionary immunity as to Plaintiff's First and Second Causes of Action pursuant to Nevada Revised Statute 41.032.

Defendant LVMPD is also entitled to judgment on Plaintiff's Third Cause of Action for violation of 42 U.S.C. § 1983.  Here, the violations and injuries alleged by Plaintiff were not the result of a custom or policy of the LVMPD.  <u>Monell</u> v. <u>Department of Social Service</u>, 436 U.S. 658 (1978), and <u>City of Canton v. Harris</u>, 489 U.S. 378 (1989).

The Court must also reject Plaintiff's belated attempt to amend his Complaint to allege claims against LVMPD Sergeant Tom Jenkins.  As argued in Defendant's reply memorandum, Plaintiff's attempt to add Sergeant Jenkins is time barred.

**IT IS THEREFORE ORDERED that** Defendant Las Vegas Metropolitan Police Department's Motion for Summary Judgment (Doc. #24) is **GRANTED**.

**IT IS FURTHER ORDERED that** the Clerk of Court shall forthwith enter judgment in favor of Defendant Las Vegas Metropolitan Police Department and against Plaintiff Sadar Abdullah.

DATED:  May 9, 2011.

_____
PHILIP M. PRO
United States District Judge